## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-318(3) (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| DONTE CARNELL ROBINSON, | |
| Defendant. | |

This matter is before the Court on Defendant Donte Carnell Robinson's pro se motion for compassionate release pursuant to 18 U.S.C. §3582(c)(1)(A). [Doc. No. 640.] On June 2, 2020, Mr. Robinson's counsel filed a supplemental memorandum in further support of his pro se motion for compassionate release. ("Supplemental Memorandum" [Doc. No. 650].) Although the Government filed an opposition to Mr. Robinson's pro se motion, ([Doc. No. 642]), it has not otherwise responded to the Supplemental Memorandum.

Accordingly, the Government may file a response to the Supplemental Memorandum on or before July 9, 2020. As of July 10, 2020, Defendant's motion will be deemed submitted and taken under advisement by the Court.

IT IS SO ORDERED.

Dated: July 1, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge